# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

DAVID J. RIDDELL,

    Plaintiff,

v.    Case No: 5:16-cv-385-Oc-30PRL

STATE OF FLORIDA, D.B.A.
DAN MOSLEY, ANGELINA RODEO,
and LISA D. HERNDON

    Defendants.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. Defendants filed a Motion to Dismiss (Doc. 18) on October 20, 2016, based on Plaintiff failing to properly serve the Defendants. Plaintiff failed to respond to the Motion. The Court issued an Order to Show Cause (Doc. 19) on November 9, 2016, giving the Plaintiff fourteen (14) days in which to respond or show cause why the Court should not consider the Motion without a response from Plaintiff. Plaintiff has failed to timely respond to the Motion or Order to Show Cause. Having considered the motion, the record, and the law, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice due to Plaintiff's failure to diligently prosecute this action.

2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of November, 2016.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record